RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  JUAN F ESPINAL  
     MARIA L ESPINAL  
     66 SENECA AVENUE  
     DUMONT, NJ  07628

Atty:  RUSSELL L LOW ESQ  
      LOW & LOW ESQS  
      505 MAIN STREET, SUITE 304  
      HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023**
Chapter 13 Case # 22-19651

### RECEIPTS AS OF 01/13/2023 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/06/2023 | $150.00 | 8923620000 | | | |

**Total Receipts: $150.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $150.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023 (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 8.25 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFIRM, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,169.08 | 0.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE AUTO FINANCE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | CAVALRY SPV I LLC | UNSECURED | 1,243.32 | 0.00% | 0.00 | 0.00 |
| 0007 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 921.61 | 0.00% | 0.00 | 0.00 |
| 0009 | CAVALRY SPV I LLC | UNSECURED | 1,833.65 | 0.00% | 0.00 | 0.00 |
| 0010 | UNITED STATES TREASURY/IRS | SECURED | 26,209.82 | 100.00% | 0.00 | 0.00 |
| 0011 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | MIDLAND FUND | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | MUNICIPAL CREDIT UNION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | MIDLAND FUNDING | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,014.98 | 0.00% | 0.00 | 0.00 |
| 0019 | SELECT PORTFOLIO SERVICING, INC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | SLS/EQUITY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-19651**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0021 | SYNCB/CARE CREDIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | SYNCHRONY BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0023 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0024 | SYNCHRONY BANK/CARECREDIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | SYNCHRONY/PAYPAL CREDIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | TARGET NB | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0029 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0030 | TOLLS BY MAIL PAYMENT PROCESSING | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0032 | VIOLATIONS PROCESSING CENTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0035 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0036 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0037 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0038 | CAVALRY PORTFOLIO SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0039 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0040 | MIDLAND FUND | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0041 | MIDLAND FUNDING | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0042 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0043 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0044 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 586.01 | 0.00% | 0.00 | 0.00 |
| 0045 | SYNCHRONY BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0046 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid: $8.25**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $150.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $8.25    =    Funds on Hand: $141.75

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.