| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** KML Law Group, P.C. By:  Denise Carlon, Esquire 701 Market Street, Suite 5000 Philadelphia, PA 19106 215-627-1322 Attorneys for Secured Creditor: Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 | Order Filed on February 17, 2023 by Clerk U.S. Bankruptcy Court District of New Jersey |
| In Re: Juan F. Espinal and Maria L. Espinal Debtors. | Case No.:  22-19651 JKS Hearing Date:  2/9/2023 Judge:  John K. Sherwood |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: February 17, 2023**
_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

| | |
|---|---|
| Debtor: | Juan F. Espinal and Maria L. Espinal |
| Case No.: | 22-19651 JKS |
| Caption: | **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' CHAPTER 13 PLAN** |

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1, holder of a mortgage on real property located at 66 Seneca Avenue Dumont, NJ, 07628, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Russell L. Low, Esquire, attorney for Debtors,  and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim of Secured Creditor in full when same is filed through the Chapter 13 plan; and

It **ORDERED, ADJUDGED and DECREED** Debtors are to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change;

It **ORDERED, ADJUDGED and DECREED** Debtors reserves the right to object to the claim and notices of payment change.

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserves their right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.