| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br>   JUAN F ESPINAL<br>   MARIA L ESPINAL | Order Filed on March 10, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  22-19651<br><br>Hearing Date:  03/09/2023<br><br>Judge:  JOHN K. SHERWOOD |

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: March 10, 2023

_Honorable John K. Sherwood_
United States Bankruptcy Court

1

Debtor(s): JUAN F ESPINAL
MARIA L ESPINAL

Case No.: 22-19651JKS

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 03/09/2023 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 3/9/2023 of the plan filed on 12/06/2022, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 03/23/2023 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.

2