Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22−19651−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Juan F Espinal  
66 Seneca Avenue  
Dumont, NJ 07628

Maria L Espinal  
66 Seneca Avenue  
Dumont, NJ 07628

Social Security No.:
  xxx−xx−4844                    xxx−xx−6119

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 12/6/2022 and a confirmation hearing on such Plan has been scheduled for 2/9/2023.

The debtor filed a Modified Plan on 3/27/2023 and a confirmation hearing on the Modified Plan is scheduled for 4/27/2023 at 8:30am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: March 28, 2023
JAN: rh

Jeanne Naughton  
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19651-JKS |
| Juan F Espinal | Chapter 13 |
| Maria L Espinal | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 28, 2023 | Form ID: 186 | Total Noticed: 44 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Juan F Espinal, Maria L Espinal, 66 Seneca Avenue, Dumont, NJ 07628-2730 |
| 519785190 | + | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 519785231 | + | Tolls by Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 519785234 | + | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 28 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 28 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 28 2023 20:51:25 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519785189 | + | Email/Text: backoffice@affirm.com | Mar 28 2023 20:48:00 | AFFIRM, INC., ATTN: BANKRUPTCY, 30 ISABELLA ST, FLOOR 4, PITTSBURGH, PA 15212-5862 |
| 519785191 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 28 2023 20:46:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519785194 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 28 2023 20:51:23 | CAPITAL ONE, ATTN: BNAKRUPTCY, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519785196 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 28 2023 20:51:15 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 519785197 | + | Email/Text: bankruptcy@cavps.com | Mar 28 2023 20:47:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 500 SUMMIT LAKE DRIVE, SUITE 400, VAHALLA, NY 10595-2321 |
| 519785199 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 20:51:26 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519785200 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 28 2023 20:51:05 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 519798779 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 28 2023 20:51:27 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519794356 | + | Email/Text: bankruptcy@cavps.com | Mar 28 2023 20:47:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, |

Case 22-19651-JKS    Doc 24    Filed 03/30/23    Entered 03/31/23 00:13:55    Desc Imaged
                            Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Mar 28, 2023 | Form ID: 186 | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | CT 06831-0405 |
| 519785201 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 28 2023 21:01:44 | Department Stores National Bank/Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 519837105 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 28 2023 20:48:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519785202 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 28 2023 20:47:00 | Internal Revenue Services, Special Processing Branch, PO Box 744, Springfield, NJ 07081 |
| 519836900 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 28 2023 20:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519785203 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 28 2023 20:46:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 519818952 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 28 2023 20:51:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519785205 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2023 20:47:00 | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 519785209 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2023 20:47:00 | MIDLAND FUNDING, LLC, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 519785212 | | Email/Text: bankruptcynotice@nymcu.org | Mar 28 2023 20:47:00 | MUNICIPAL CREDIT UNION, ATTN: BANKRUPTCY, PO BOX 3205 CHURCH ST STATION, NEW YORK CITY, NY 10007 |
| 519810115 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2023 20:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519785207 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 28 2023 20:47:00 | Midland Funding, PO Box 2001, Warren, MI 48090-2001 |
| 519785214 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2023 20:51:26 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 519799627 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2023 21:01:36 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519799626 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 28 2023 20:51:25 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 519785216 | | Email/Text: signed.order@pfwattorneys.com | Mar 28 2023 20:47:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519785221 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 28 2023 20:48:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 519785222 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 28 2023 20:47:00 | SLS/EQUITY, ATTN: BANKRUPTCY, 8742 LUCENT BLVD., HIGHLANDS RANCH, CO 80129-2302 |
| 519785213 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 28 2023 20:47:00 | New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 519785223 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 20:50:50 | SYNCB/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785224 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 20:51:21 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785226 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 20:51:21 | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |

| Recip ID | Bypass | Route | Date/Time | Recipient |
|---|---|---|---|---|
| 519785227 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 20:50:53 | SYNCHRONY BANK/CARECREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785228 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 20:50:49 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785229 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 20:51:21 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785220 | + | Email/Text: bk-notification@sps-law.com | Mar 28 2023 20:46:00 | Schachter Portnoy, LLC, Attorneys at Law, 3490 U.S. Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 519785662 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 28 2023 20:50:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519785230 | + | Email/Text: bncmail@w-legal.com | Mar 28 2023 20:47:00 | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 519785232 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 28 2023 20:47:00 | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 259001, PLANO, TX 75025-9001 |

TOTAL: 40

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519785193 | *+ | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519785192 | *+ | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519785195 | *+ | CAPITAL ONE, ATTN: BNAKRUPTCY, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519785198 | *+ | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 500 SUMMIT LAKE DRIVE, SUITE 400, VAHALLA, NY 10595-2321 |
| 519785204 | *+ | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 519785206 | *+ | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 519785210 | *+ | MIDLAND FUNDING, LLC, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 519785211 | *+ | MIDLAND FUNDING, LLC, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 519785208 | *+ | Midland Funding, PO Box 2001, Warren, MI 48090-2001 |
| 519785215 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 519785217 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519785218 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519785219 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519785225 | *+ | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785233 | *+ | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 259001, PLANO, TX 75025-9001 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Mar 28, 2023 | Form ID: 186 | Total Noticed: 44

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Juan F Espinal ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Joint Debtor Maria L Espinal ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5