Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−19651−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Juan F Espinal
66 Seneca Avenue
Dumont, NJ 07628

Maria L Espinal
66 Seneca Avenue
Dumont, NJ 07628

Social Security No.:
xxx−xx−4844

xxx−xx−6119

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 25, 2023.

Dated: May 25, 2023
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Juan F Espinal  
Maria L Espinal  
    Debtors

Case No. 22-19651-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: May 25, 2023      Form ID: plncf13      Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Juan F Espinal, Maria L Espinal, 66 Seneca Avenue, Dumont, NJ 07628-2730 |
| 519785190 | #+ | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |
| 519785231 | + | Tolls by Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 519785234 | + | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 25 2023 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 25 2023 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 25 2023 21:28:44 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519785189 | + | Email/Text: backoffice@affirm.com | May 25 2023 21:27:00 | AFFIRM, INC., ATTN: BANKRUPTCY, 30 ISABELLA ST, FLOOR 4, PITTSBURGH, PA 15212-5862 |
| 519785191 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 25 2023 21:24:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519785194 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2023 21:54:50 | CAPITAL ONE, ATTN: BNAKRUPTCY, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519785196 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 25 2023 21:28:46 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 519785197 | + | Email/Text: bankruptcy@cavps.com | May 25 2023 21:27:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 500 SUMMIT LAKE DRIVE, SUITE 400, VAHALLA, NY 10595-2321 |
| 519785199 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2023 21:54:50 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519785200 | + | Email/PDF: creditonebknotifications@resurgent.com | May 25 2023 21:28:44 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |

Case 22-19651-JKS    Doc 29    Filed 05/27/23    Entered 05/28/23 00:21:54    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: plncf13 | Total Noticed: 44 |

| | | | |
|---|---|---|---|
| 519798779 | + Email/PDF: ebn_ais@aisinfo.com | May 25 2023 21:44:16 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519794356 | + Email/Text: bankruptcy@cavps.com | May 25 2023 21:27:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519785201 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2023 21:43:58 | Department Stores National Bank/Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 519837105 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 25 2023 21:27:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519785202 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 25 2023 21:25:00 | Internal Revenue Services, Special Processing Branch, PO Box 744, Springfield, NJ 07081 |
| 519836900 | Email/Text: JCAP_BNC_Notices@jcap.com | May 25 2023 21:27:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519785203 | + Email/Text: PBNCNotifications@peritusservices.com | May 25 2023 21:24:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 519818952 | Email/PDF: resurgentbknotifications@resurgent.com | May 25 2023 21:43:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519785205 | + Email/Text: bankruptcydpt@mcmcg.com | May 25 2023 21:26:00 | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 519785209 | + Email/Text: bankruptcydpt@mcmcg.com | May 25 2023 21:26:00 | MIDLAND FUNDING, LLC, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 519785212 | Email/Text: bankruptcynotice@nymcu.org | May 25 2023 21:27:00 | MUNICIPAL CREDIT UNION, ATTN: BANKRUPTCY, PO BOX 3205 CHURCH ST STATION, NEW YORK CITY, NY 10007 |
| 519810115 | + Email/Text: bankruptcydpt@mcmcg.com | May 25 2023 21:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519785207 | + Email/Text: bankruptcydpt@mcmcg.com | May 25 2023 21:26:00 | Midland Funding, PO Box 2001, Warren, MI 48090-2001 |
| 519785214 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 25 2023 21:28:47 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 519799627 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 25 2023 21:28:46 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519799626 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 25 2023 21:30:19 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 519785216 | Email/Text: signed.order@pfwattorneys.com | May 25 2023 21:24:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519785221 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 25 2023 21:27:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 519785222 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | May 25 2023 21:25:00 | SLS/EQUITY, ATTN: BANKRUPTCY, 8742 LUCENT BLVD., HIGHLANDS RANCH, CO 80129-2302 |
| 519785213 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 25 2023 21:24:00 | New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 519785223 | + Email/PDF: gecsedi@recoverycorp.com | May 25 2023 21:43:50 | SYNCB/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785224 | + Email/PDF: gecsedi@recoverycorp.com | May 25 2023 21:43:54 | SYNCHRONY BANK, ATTN: BANKRUPTCY, |

Case 22-19651-JKS    Doc 29    Filed 05/27/23    Entered 05/28/23 00:21:54    Desc Imaged
                        Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: plncf13 | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785226 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2023 21:54:57 | SYNCHRONY BANK/ OLD NAVY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785227 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2023 21:28:46 | SYNCHRONY BANK/CARECREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785228 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2023 21:43:30 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785229 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2023 21:43:29 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785220 | + | Email/Text: bk-notification@sps-law.com | May 25 2023 21:24:00 | Schachter Portnoy, LLC, Attorneys at Law, 3490 U.S. Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 519785662 | + | Email/PDF: gecsedi@recoverycorp.com | May 25 2023 21:29:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519785230 | + | Email/Text: bncmail@w-legal.com | May 25 2023 21:26:00 | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 519785232 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 25 2023 21:25:00 | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 259001, PLANO, TX 75025-9001 |
| 519785231 | ^ | MEBN | May 25 2023 21:17:22 | Tolls by Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 519785234 | ^ | MEBN | May 25 2023 21:18:45 | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519785193 | *+ | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519785192 | *+ | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519785195 | *+ | CAPITAL ONE, ATTN: BNAKRUPTCY, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519785198 | *+ | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 500 SUMMIT LAKE DRIVE, SUITE 400, VAHALLA, NY 10595-2321 |
| 519785204 | *+ | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 519785206 | *+ | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 519785210 | *+ | MIDLAND FUNDING, LLC, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 519785211 | *+ | MIDLAND FUNDING, LLC, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 519785208 | *+ | Midland Funding, PO Box 2001, Warren, MI 48090-2001 |
| 519785215 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 519785217 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519785218 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519785219 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519785225 | *+ | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785233 | *+ | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 259001, PLANO, TX 75025-9001 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: plncf13 | Total Noticed: 44 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Juan F Espinal ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Joint Debtor Maria L Espinal ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5