**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

 IN RE:

   JUAN F ESPINAL
   MARIA L ESPINAL

**Order Filed on September 15, 2023**

**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  22-19651 JKS**

**Hearing Date:  9/14/2023**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 15,**
**2023**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  JUAN F ESPINAL
            MARIA L ESPINAL
Case No.:  22-19651
Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/14/2023 on notice to RUSSELL L LOW ESQ,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $660.00

  starting on 10/1/2023 for the remaining 51 month(s); and it is further

- ORDERED, that the Debtor(s) must pay $1,268.34 to the Trustee's office by 9/30/2023 or the case will be

  dismissed with no further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.