**Marie-Ann Greenberg, Esquire**
**Chapter 13 Standing Trustee**

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO BOX 520
MEMPHIS, TN  38101-0520

November 28, 2023

**Re: Standing Trustee's Notice of Distribution**
    **Case No: 22-19651**

On May 25, 2023 the above-referenced case was confirmed. Subsequently, all of the creditors and attorney fees, if any, were set up on our database so that we can commence distribution to the parties in the near future.

Attached is a case report for your review. IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained on the report. We strongly suggest that you compare this report against the claims registry and docket. If you are not in agreement, you need to notify us in writing within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

A copy of the Chapter 13 Standing Trustee's Policies regarding Proofs of Claim may be found on our website at http://www.magtrustee.com.

Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF NOVEMBER 28, 2023

#### Chapter 13 Case # 22-19651

Atty:    RUSSELL L LOW ESQ

Re:     JUAN F ESPINAL
        MARIA L ESPINAL
        66 SENECA AVENUE
        DUMONT, NJ 07628

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $36,646.65**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|--------------------|------|--------|--------------------|
| 01/06/2023 | $150.00 | 8923620000 | 02/03/2023 | $150.00 | 8979287000 |
| 03/10/2023 | $150.00 | 9048500000 | 04/14/2023 | $634.17 | 9111695000 |
| 06/13/2023 | $634.17 | 9219063000 | 09/25/2023 | $634.17 | 9395864000 |
| 10/02/2023 | $634.14 | 9408892000 | 10/19/2023 | $660.00 | 9439653000 |
| 11/21/2023 | $660.00 | 9493249000 | | | |

**Total Receipts: $4,306.65 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $4,306.65**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 298.40 | |
| ATTY | ATTORNEY | ADMIN | 3,750.00 | 100.00% | 2,793.85 | 956.15 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,169.08 | * | 0.00 | |
| 0005 | CAPITAL ONE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CAVALRY SPV I LLC | SECURED | 1,243.32 | 100.00% | 0.00 | |
| 0007 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 921.61 | * | 0.00 | |
| 0009 | CAVALRY SPV I LLC | SECURED | 1,833.65 | 100.00% | 0.00 | |
| 0010 | UNITED STATES TREASURY/IRS | SECURED | 26,209.82 | 100.00% | 0.00 | |
| 0011 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | MIDLAND FUND | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | MUNICIPAL CREDIT UNION | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,014.98 | * | 0.00 | |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0019 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition / | 2,771.39 | 100.00% | 0.00 | |
| 0020 | SLS/EQUITY | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | SYNCB/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | SYNCHRONY BANK/CARECREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,554.74 | * | 0.00 | |
| 0028 | TARGET NB | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | TOLLS BY MAIL PAYMENT PROCESSING | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | VIOLATIONS PROCESSING CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | CAVALRY PORTFOLIO SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | MIDLAND FUND | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 586.01 | * | 0.00 | |
| 0045 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | LVNV FUNDING LLC | UNSECURED | 843.98 | * | 0.00 | |

**Total Paid:  $3,092.25**

See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: November 28, 2023.

Receipts: $4,306.65          -     Paid to Claims: $0.00     -     Admin Costs Paid: $3,092.25   =   Funds on Hand: $1,214.40

Base Plan Amount: $36,646.65          -     Receipts: $4,306.65          =    Total Unpaid Balance: **$32,340.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.