Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−19651−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Juan F Espinal | Maria L Espinal |
| 66 Seneca Avenue | 66 Seneca Avenue |
| Dumont, NJ 07628 | Dumont, NJ 07628 |

Social Security No.:
xxx−xx−4844                    xxx−xx−6119

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 5, 2023.

Dated: December 5, 2023
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-19651-JKS
Juan F Espinal  Chapter 13
Maria L Espinal
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4
Date Rcvd: Dec 05, 2023      Form ID: plncf13      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Juan F Espinal, Maria L Espinal, 66 Seneca Avenue, Dumont, NJ 07628-2730 |
| 519785190 | #+ | Apothaker Scian, P.C., 520 Fellowship Road, Suite C306, Mount Laurel, NJ 08054-3410 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 05 2023 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 05 2023 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 05 2023 21:17:02 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519785189 | + | Email/Text: backoffice@affirm.com | Dec 05 2023 21:08:00 | AFFIRM, INC., ATTN: BANKRUPTCY, 30 ISABELLA ST, FLOOR 4, PITTSBURGH, PA 15212-5862 |
| 519785191 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 05 2023 21:06:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519785194 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 05 2023 21:17:08 | CAPITAL ONE, ATTN: BNAKRUPTCY, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519785196 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 05 2023 21:17:04 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, 7933 PRESTON RD, PLANO, TX 75024-2302 |
| 519785197 | + | Email/Text: bankruptcy@cavps.com | Dec 05 2023 21:08:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 500 SUMMIT LAKE DRIVE, SUITE 400, VAHALLA, NY 10595-2321 |
| 519785199 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 05 2023 21:16:55 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED BK DEPT, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 519785200 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 05 2023 21:16:55 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 519798779 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 05 2023 21:17:05 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 22-19651-JKS   Doc 38   Filed 12/07/23   Entered 12/08/23 00:15:27   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 05, 2023 | Form ID: plncf13 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| 519794356 | + | Email/Text: bankruptcy@cavps.com | Dec 05 2023 21:08:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519785201 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 05 2023 21:16:56 | Department Stores National Bank/Macys, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 519837105 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 05 2023 21:08:00 | Federal Home Loan Mortgage Corporation, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519785202 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 05 2023 21:07:00 | Internal Revenue Services, Special Processing Branch, PO Box 744, Springfield, NJ 07081 |
| 519836900 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 05 2023 21:07:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519785203 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 05 2023 21:06:00 | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 519818952 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2023 21:17:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519785205 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2023 21:07:00 | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 519785209 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2023 21:07:00 | MIDLAND FUNDING, LLC, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 519785212 | | Email/Text: bankruptcynotice@nymcu.org | Dec 05 2023 21:08:00 | MUNICIPAL CREDIT UNION, ATTN: BANKRUPTCY, PO BOX 3205 CHURCH ST STATION, NEW YORK CITY, NY 10007 |
| 519810115 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2023 21:07:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519785207 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2023 21:07:00 | Midland Funding, PO Box 2001, Warren, MI 48090-2001 |
| 519785214 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 05 2023 21:17:11 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 519799627 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 05 2023 21:17:12 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519799626 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 05 2023 21:16:58 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 519785216 | | Email/Text: signed.order@pfwattorneys.com | Dec 05 2023 21:06:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519785221 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 05 2023 21:08:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 519785222 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 05 2023 21:07:00 | SLS/EQUITY, ATTN: BANKRUPTCY, 8742 LUCENT BLVD., HIGHLANDS RANCH, CO 80129-2302 |
| 519785213 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 05 2023 21:06:00 | New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695 |
| 519785223 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 21:16:57 | SYNCB/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785224 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 21:16:56 | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785226 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 21:16:54 | SYNCHRONY BANK/ OLD NAVY, ATTN: |

Case 22-19651-JKS    Doc 38    Filed 12/07/23    Entered 12/08/23 00:15:27    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 05, 2023 | Form ID: plncf13 | Total Noticed: 44 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785227 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 21:17:07 | SYNCHRONY BANK/CARECREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785228 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 21:17:01 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785229 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 21:17:07 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785220 | + | Email/Text: bk-notification@sps-law.com | Dec 05 2023 21:06:00 | Schachter Portnoy, LLC, Attorneys at Law, 3490 U.S. Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 519785662 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 05 2023 21:17:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519785230 | + | Email/Text: bncmail@w-legal.com | Dec 05 2023 21:07:00 | TARGET NB, C/O FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 519785232 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 05 2023 21:07:00 | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 259001, PLANO, TX 75025-9001 |
| 519785231 | | ^ MEBN | Dec 05 2023 21:02:13 | Tolls by Mail Payment Processing Center, PO Box 15183, Albany, NY 12212-5183 |
| 519785234 | | ^ MEBN | Dec 05 2023 21:02:50 | Violations Processing Center, PO Box 15186, Albany, NY 12212-5186 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519785193 | *+ | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519785192 | *+ | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 519785195 | *+ | CAPITAL ONE, ATTN: BNAKRUPTCY, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 519785198 | *+ | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY, 500 SUMMIT LAKE DRIVE, SUITE 400, VAHALLA, NY 10595-2321 |
| 519785204 | *+ | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 519785206 | *+ | MIDLAND FUND, ATTN: BANKRUPTCY, 350 CAMINO DE LA REINE, SUITE 100, SAN DIEGO, CA 92108-3007 |
| 519785210 | *+ | MIDLAND FUNDING, LLC, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 519785211 | *+ | MIDLAND FUNDING, LLC, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 519785208 | *+ | Midland Funding, PO Box 2001, Warren, MI 48090-2001 |
| 519785215 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 519785217 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519785218 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519785219 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLP, 7 Entin Rd., Parsippany, NJ 07054 |
| 519785225 | *+ | SYNCHRONY BANK, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 519785233 | *+ | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 259001, PLANO, TX 75025-9001 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 05, 2023 | Form ID: plncf13 | Total Noticed: 44 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2023           Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Juan F Espinal ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Joint Debtor Maria L Espinal ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5