RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  JUAN F ESPINAL  
MARIA L ESPINAL  
66 SENECA AVENUE  
DUMONT, NJ  07628

Atty:  RUSSELL L LOW ESQ  
LOW & LOW ESQS  
505 MAIN STREET, SUITE 304  
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 22-19651

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $39,782.68**

### RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/06/2023 | $150.00 | 8923620000 | 02/03/2023 | $150.00 | 8979287000 |
| 03/10/2023 | $150.00 | 9048500000 | 04/14/2023 | $634.17 | 9111695000 |
| 06/13/2023 | $634.17 | 9219063000 | 09/25/2023 | $634.17 | 9395864000 |
| 10/02/2023 | $634.14 | 9408892000 | 10/19/2023 | $660.00 | 9439653000 |
| 11/21/2023 | $660.00 | 9493249000 | 12/22/2023 | $724.00 | 9545385000 |

**Total Receipts: $5,030.65  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $5,030.65**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 356.32 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,150.00 | 100.00% | 4,008.25 | 141.75 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,169.08 | * | 0.00 | |
| 0005 | CAPITAL ONE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CAVALRY SPV I LLC | SECURED | 1,243.32 | 100.00% | 0.00 | |
| 0007 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 921.61 | * | 0.00 | |
| 0009 | CAVALRY SPV I LLC | SECURED | 1,833.65 | 100.00% | 0.00 | |
| 0010 | UNITED STATES TREASURY/IRS | SECURED | 26,209.82 | 100.00% | 0.00 | |
| 0011 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | MIDLAND FUND | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 22-19651**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0013 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | MUNICIPAL CREDIT UNION | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,014.98 | * | 0.00 | |
| 0019 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition | 2,771.39 | 100.00% | 0.00 | |
| 0020 | SLS/EQUITY | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | SYNCB/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | SYNCHRONY BANK/CARECREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,554.74 | * | 0.00 | |
| 0028 | TARGET NB | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | TOLLS BY MAIL PAYMENT PROCESSING | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | VIOLATIONS PROCESSING CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | CAVALRY PORTFOLIO SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | MIDLAND FUND | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 586.01 | * | 0.00 | |
| 0045 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | LVNV FUNDING LLC | UNSECURED | 843.98 | * | 0.00 | |

**Total Paid: $4,364.57**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $5,030.65    -    Paid to Claims: $0.00    -    Admin Costs Paid: $4,364.57    =    Funds on Hand: $666.08

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.