| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>    JUAN F ESPINAL<br>    MARIA L ESPINAL |

Order Filed on December 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  22-19651 JKS

Hearing Date:  12/12/2024

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: December 13, 2024

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JUAN F ESPINAL
MARIA L ESPINAL

Case No.: 22-19651

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/12/2024 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $1,448.00 to the Trustee's office by 12/31/2024 to be current with Trustee payments through December or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to Debtor(s) and Debtor's attorney.