RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ 07601

Re: JUAN F ESPINAL
MARIA L ESPINAL
66 SENECA AVENUE
DUMONT, NJ 07628

Atty: RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ 07601

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 22-19651**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $41,483.65**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/06/2023 | $150.00 | 8923620000 | 02/03/2023 | $150.00 | 8979287000 |
| 03/10/2023 | $150.00 | 9048500000 | 04/14/2023 | $634.17 | 9111695000 |
| 06/13/2023 | $634.17 | 9219063000 | 09/25/2023 | $634.17 | 9395864000 |
| 10/02/2023 | $634.14 | 9408892000 | 10/19/2023 | $660.00 | 9439653000 |
| 11/21/2023 | $660.00 | 9493249000 | 12/22/2023 | $724.00 | 9545385000 |
| 01/17/2024 | $724.00 | 9585866000 | 01/19/2024 | ($724.00) | 9585866000 |
| 02/21/2024 | $724.00 | 19533143399 | 03/06/2024 | $724.00 | 2901662583 |
| 04/08/2024 | $724.00 | | 05/07/2024 | $724.00 | |
| 06/10/2024 | $724.00 | | 07/12/2024 | $724.00 | |
| 08/20/2024 | $724.00 | | 09/25/2024 | $724.00 | |
| 10/25/2024 | $724.00 | | 11/18/2024 | $724.00 | |
| 12/16/2024 | $724.00 | | 01/21/2025 | $724.00 | |
| 01/29/2025 | $771.25 | | 02/18/2025 | $771.25 | |
| 03/13/2025 | $771.25 | | 04/17/2025 | $774.00 | |
| 05/15/2025 | $774.00 | | 06/20/2025 | $774.00 | |
| 07/14/2025 | $774.00 | | 08/19/2025 | $774.00 | |
| 09/16/2025 | $724.00 | | 10/14/2025 | $774.00 | |
| 11/14/2025 | $774.00 | | 12/15/2025 | $774.00 | |
| 01/13/2026 | $774.00 | | | | |

**Total Receipts: $23,722.40 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $23,722.40**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAVALRY SPV I LLC | | | | | | |
| | 02/12/2024 | $20.34 | 923,285 | 02/12/2024 | $29.99 | 923,285 |
| | 03/11/2024 | $25.83 | 924,736 | 03/11/2024 | $38.10 | 924,736 |
| | 04/15/2024 | $51.67 | 926,174 | 04/15/2024 | $76.20 | 926,174 |

**Chapter 13 Case # 22-19651**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 05/10/2024 | $25.83 | 927,647 | 05/10/2024 | $38.10 | 927,647 |
| | 06/17/2024 | $25.83 | 929,048 | 06/17/2024 | $38.10 | 929,048 |
| | 07/15/2024 | $26.68 | 930,533 | 07/15/2024 | $39.34 | 930,533 |
| | 09/16/2024 | $26.67 | 933,406 | 09/16/2024 | $39.34 | 933,406 |
| | 10/21/2024 | $26.68 | 934,808 | 10/21/2024 | $39.34 | 934,808 |
| | 11/18/2024 | $26.39 | 936,290 | 11/18/2024 | $38.93 | 936,290 |
| | 01/13/2025 | $37.28 | 939,118 | 01/13/2025 | $54.97 | 939,118 |
| | 02/10/2025 | $54.51 | 940,479 | 02/10/2025 | $80.39 | 940,479 |
| | 03/17/2025 | $56.23 | 941,869 | 03/17/2025 | $82.93 | 941,869 |
| | 05/12/2025 | $12.70 | 944,767 | 05/12/2025 | $18.74 | 944,767 |
| | 06/16/2025 | $28.52 | 946,179 | 06/16/2025 | $42.06 | 946,179 |
| | 07/14/2025 | $28.52 | 947,627 | 07/14/2025 | $42.06 | 947,627 |
| | 08/18/2025 | $28.52 | 949,020 | 08/18/2025 | $42.06 | 949,020 |
| | 09/16/2025 | $28.52 | 950,340 | 09/16/2025 | $42.06 | 950,340 |
| | 10/20/2025 | $54.89 | 951,777 | 10/20/2025 | $80.95 | 951,777 |
| | 11/17/2025 | $28.22 | 953,257 | 11/17/2025 | $41.61 | 953,257 |
| | 01/12/2026 | $28.22 | 956,078 | 01/12/2026 | $41.61 | 956,078 |
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 02/12/2024 | $45.33 | 922,818 | 03/11/2024 | $57.58 | 924,287 |
| | 04/15/2024 | $115.16 | 925,697 | 05/10/2024 | $57.58 | 927,204 |
| | 06/17/2024 | $57.58 | 928,566 | 07/15/2024 | $59.46 | 930,083 |
| | 09/16/2024 | $59.46 | 932,980 | 10/21/2024 | $59.46 | 934,331 |
| | 11/18/2024 | $58.83 | 935,828 | 01/13/2025 | $83.09 | 938,642 |
| | 02/10/2025 | $121.51 | 940,037 | 03/17/2025 | $125.35 | 941,390 |
| | 05/12/2025 | $28.32 | 944,291 | 06/16/2025 | $63.57 | 945,694 |
| | 07/14/2025 | $63.57 | 947,159 | 08/18/2025 | $63.57 | 948,604 |
| | 09/16/2025 | $63.57 | 949,866 | 10/20/2025 | $122.35 | 951,283 |
| | 11/17/2025 | $62.90 | 952,768 | 01/12/2026 | $62.90 | 955,612 |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 02/12/2024 | $428.68 | 8,003,990 | 03/11/2024 | $544.57 | 8,004,034 |
| | 04/15/2024 | $1,089.13 | 8,004,078 | 05/10/2024 | $544.57 | 8,004,124 |
| | 06/17/2024 | $544.57 | 8,004,168 | 07/15/2024 | $562.32 | 8,004,209 |
| | 09/16/2024 | $562.33 | 8,004,290 | 10/21/2024 | $562.32 | 8,004,334 |
| | 11/18/2024 | $556.41 | 8,004,374 | 01/13/2025 | $785.78 | 8,004,455 |
| | 02/10/2025 | $1,149.12 | 8,004,495 | 03/17/2025 | $1,185.43 | 8,004,537 |
| | 05/12/2025 | $267.80 | 8,004,616 | 06/16/2025 | $601.16 | 8,004,661 |
| | 07/14/2025 | $601.16 | 8,004,703 | 08/18/2025 | $601.16 | 8,004,741 |
| | 09/16/2025 | $601.16 | 8,004,782 | 10/20/2025 | $1,157.16 | 8,004,822 |
| | 11/17/2025 | $594.84 | 8,004,862 | 01/12/2026 | $594.83 | 8,004,946 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,490.27 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,950.00 | 100.00% | 4,950.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFIRM, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,169.08 | * | 0.00 | |
| 0005 | CAPITAL ONE AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CAVALRY SPV I LLC | SECURED | 1,243.32 | 100.00% | 642.05 | |
| 0007 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 921.61 | * | 0.00 | |
| 0009 | CAVALRY SPV I LLC | SECURED | 1,833.65 | 100.00% | 946.88 | |
| 0010 | UNITED STATES TREASURY/IRS | SECURED | 26,209.82 | 100.00% | 13,534.50 | |
| 0011 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | MIDLAND FUND | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 22-19651**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0014 | MUNICIPAL CREDIT UNION | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | NEW JERSEY DIVISION OF TAXATION | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0017 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,014.98 | * | 0.00 | |
| 0019 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition A | 2,771.39 | 100.00% | 1,431.14 | |
| 0020 | SLS/EQUITY | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | SYNCB/CARE CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | SYNCHRONY BANK/ OLD NAVY | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | SYNCHRONY BANK/CARECREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | SYNCHRONY BANK/GAP | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,554.74 | * | 0.00 | |
| 0028 | TARGET NB | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | TOLLS BY MAIL PAYMENT PROCESSING ( | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | VIOLATIONS PROCESSING CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | CAVALRY PORTFOLIO SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | MIDLAND FUND | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | MIDLAND FUNDING, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 586.01 | * | 0.00 | |
| 0045 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | TOYOTA FINANCIAL SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0047 | LVNV FUNDING LLC | UNSECURED | 843.98 | * | 0.00 | |

**Total Paid: $22,994.84**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $23,722.40 - Paid to Claims: $16,554.57 - Admin Costs Paid: $6,440.27 = Funds on Hand: $727.56

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.